**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

CHARLES D. SPENCER,                    )
                                       )
        Plaintiff,                     )
                                       )
v.                                     ) No. CIV-11-128-FHS
                                       )
SECRETARY OF TREASURY, et al.,         )
                                       )
        Defendants.                    )

**ORDER**

    Before the Court for its consideration is the United States of America's Motion to Dismiss (Dkt. No. 32) filed on March 30, 2012. As part of its motion, the United States contends that since Plaintiff's allegations involve the collection actions of the Internal Revenue Service, it should be substituted as the only remaining defendant in place of the improperly named "Agents for International Monetary Fund Internal Revenue Service, District Director, Special Procedures Function Officer and Their Principal, Governor of International Monetary Fund AKA Secretary of the Treasury." Plaintiff's response was due on April 13, 2012, but no response was filed. On April 16, 2012, the Court entered an order directing Plaintiff to file a response to the Motion to Dismiss (Dkt. No. 32) by April 24, 2012. The Court informed Plaintiff that his failure to file a response would result in the motion being deemed confessed pursuant to Local Rule 7.1(h). Plaintiff has failed to file a response by the April 24, 2012, deadline. Consequently, the United States is substituted as the only remaining defendant in this action and the United States' Motion to Dismiss (Dkt. No. 32) is granted as confessed by Plaintiff. This action is ordered dismissed in its entirety.

1

It is so ordered this 25th day of April, 2012.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma